filed 1·25·17

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**WARREN WRIGHT, JR.**                                    **CIVIL ACTION**

**VERSUS**

**VELOCITY EXPRESS, LLC,**
**ET AL.**                                    NO.: 14-00751-BAJ-RLB

### VERDICT FORM

1.      Do you find by a preponderance of the evidence that Velocity Express, LLC was guilty of negligence that was a legal cause of Warren Wright, Jr's accident and injury?

YES _____          NO \_\_X\_\_\_

If you answered "YES" to Question 1, proceed to Question 2. If you answered "NO" to Question 1, PROCEED NO FURTHER. The Jury Foreperson should sign and date the last page of the Verdict Form and return to the courtroom.

2.      Do you find by a preponderance of the evidence that Warren Wright, Jr. was guilty of negligence that was a legal cause of his accident and injury?

YES _____          NO _____

Proceed to Question 3.

3.      To what degree did the fault of Velocity Express, LLC and/or Warren Wright, Jr. contribute to Warren Wright, Jr.'s accident and injury? (The allocated percentages must total 100%).

Velocity Express, LLC          _____%

Warren Wright, Jr.          _____%

Total          _____%

4a.    Do you find by a preponderance of the evidence that Warren Wright, Jr. sustained a tear to the rotator cuff of his right shoulder during the March 4, 2013 accident?

          YES _____          NO _____

If you answered "YES" to Question 4a, proceed to Question 4b. If you answered "NO" to Question 4a, PROCEED TO QUESTION 5.

4b.    Do you find by a preponderance of the evidence that Warren Wright, Jr. suffered from a pre-existing condition?

          YES _____          NO _____

If you answered "YES" to Question 4b, proceed to Question 4c. If you answered "NO" to Question 4b, PROCEED TO QUESTION 5.

4c.    Do you find by a preponderance of the evidence that Warren Wright, Jr.'s pre-existing condition was aggravated the accident that occurred on March 4, 2013?

          YES _____          NO _____

If you answered "YES" to Question 4c, proceed to Question 4d. If you answered "NO" to Question 4c, PROCEED TO QUESTION 5.

4d.    If your answers to QUESTIONS 4a, 4b and 4c are "YES", then you must find what percentage of aggravation is attributable to the March 4, 2013 accident and what percentage, if any, Warren Wright, Jr. would have suffered had the accident not occurred. The total percentage assigned to both must equal 100%.

| | |
|---|---|
| Percentage of aggravation to Warren Wright, Jr.'s pre-existing condition attributable to the March 4, 2013 accident: | % |
| Percentage of aggravation to Warren Wright, Jr.'s pre-existing condition not attributable to the March 4, 2013 accident: | % |
| Total Percentage: | % |

5.    What amount of damages is Warren Wright, Jr. entitled to as a result of the accident that occurred on March 4, 2013?

Past/Present/Future
Pain and Suffering                    _____

Loss of Enjoyment of Life             _____

Past and Future Medical
Expenses                              _____

Lost Wages                            _____

Loss of Future Earning
Capacity                              _____

Total                                 _____

SIGN AND DATE THE VERDICT FORM, AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.

SO SAY WE ALL,

_____          1-25-17
JURY FOREPERSON                              DATE

3